IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMUEL MOORE,                   )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )       2:15cv37-MHT
                                )          (WO)
OFFICER JOHN PRYOR and          )
OFFICER BLACKMON,               )
                                )
     Defendants.                )
```

OPINION AND ORDER

This cause is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for a preliminary injunction be denied.  In his motion, the plaintiff sought to be moved from Easterling Correctional Facility to another prison due to alleged harassment and threats by correctional officers in retaliation for plaintiff's lawsuits.  There are no objections to the recommendation.  In addition, in another case brought by the plaintiff that is currently pending before the

court, Moore v. Brooks, civil action no. 2:15cv62-MHT (M.D. Ala.), the record reflects that the plaintiff is no longer incarcerated at Easterling.

\*\*\*

Accordingly, after an independent and de novo review of the record, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 20) is adopted.

(2) The plaintiff's motion for preliminary injunction (doc. no. 8) is denied.

DONE, this the 30th day of April, 2015.

                         /s/ Myron H. Thompson\_\_\_\_
                         UNITED STATES DISTRICT JUDGE