IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SAMUEL MOORE,              ) | |
|                       ) | |
|     Plaintiff,    ) | |
|                       ) | CIVIL ACTION NO. |
|   v.            ) | 2:15cv37-MHT |
|                       ) | (WO) |
| OFFICER JOHN PRYOR and  ) | |
| OFFICER BLACKMON,     ) | |
|                       ) | |
|     Defendants.    ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that two officers subjected him to excessive force, including by choking and slamming him into the floor. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and comply with court orders. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2015.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**